IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KEVIN M. KEAY,

            Plaintiff,

v.

KAISER PERMANENTE,

           Defendant.

Case No. 3:16-cv-01790-SB

**ORDER OF DISMISSAL**

On September 13, 2016, this Court ordered Plaintiff to file an Amended Complaint setting forth a valid basis for this Court's exercise of jurisdiction. Plaintiff was given until October 4, 2016 to file an amended complaint. Plaintiff was advised that failure to submit an amended complaint would result in the dismissal of this proceeding.

Plaintiff has failed to file an amended complaint. Accordingly, it is therefore ORDERED that this case is DISMISSED, without prejudice.

IT IS SO ORDERED.

DATED this 13th day of October, 2016.

                                                          ANNA J. BROWN
                                                          U.S. District Judge

1 -- ORDER OF DISMISSAL